```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

IN RE:                          :   Chapter 11
                                :
ABITIBIBOWATER, INC., et al.,   :   Case No. 09-11296 (KJC)
                                :
       Debtors.                 :   Jointly Administered
                                :
_____:_____
THE WOODBRIDGE COMPANY          :
LIMITED, WOODBRIDGE             :
INTERNATIONAL HOLDINGS LIMITED  :
and WOODBRIDGE INTERNATIONAL    :
HOLDINGS SA,                    :
                                :
       Appellants,              :
                                :
    v.                          :   Civ. Act No. 09-907-JJF
                                :
ABITIBIBOWATER INC., et al.,    :
                                :
       Appellees.
```

**MEMORANDUM ORDER**

Pending before the Court is Appellants' Emergency Motion Pursuant To Bankruptcy Rules 8011(d) And 8019 For Expedited Appeal Of The Bankruptcy Court's Order Pursuant To Section 365 Of The Bankruptcy Code Authorizing The Rejection Of A Certain Call Agreement (D.I. 4). By the Motion, Appellants request the Court to expedite this appeal "to avoid the significant possibility that confirmation of a reorganization plan in the Debtors' chapter 11 cases will moot the appeal before a determination on the merits, thereby eviscerating [Appellants'] appellate rights" and to prevent undue delay in the administration of the Debtors' reorganization cases. Appellants also contend that absent an expedited appeal, they will be forced to object and/or seek a

stay of the confirmation and implementation of the Debtors' plan of reorganization, which will delay the reorganization process.

Appellees have filed a response to the Motion contending that no emergency exists justifying expedited consideration of this appeal. In this regard, Appellees point out that the harm Appellants allege is speculative, and that the Bankruptcy Judge is capable of handling any stay motions that may be filed with respect to the plan.

Federal Rule of Bankruptcy Procedure 8011(d) provides that a party may "request[ ] expedited action on a motion on the ground that, to avoid irreparable harm, relief is needed in less time than would normally be required for the district court . . . to receive and consider a response." The Court concludes that Appellants have not demonstrated that this appeal requires expedited consideration. The harm to which Appellants cite is, at this juncture, speculative, and as Appellants acknowledge, they have rights they can pursue in the Bankruptcy Court to prevent such harm. Accordingly, the Court will deny Appellants' Motion.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Appellants' Emergency Motion Pursuant To Bankruptcy Rules 8011(d) And 8019 For Expedited Appeal Of The Bankruptcy Court's Order Pursuant To Section 365 Of The Bankruptcy Code Authorizing The Rejection Of A Certain Call Agreement (D.I. 4) is

**DENIED**.

2. Unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order, the parties shall adhere to the following briefing schedule:

Appellant's Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

Appellant's Reply Brief on appeal shall be filed within **ten (10) days** of receipt of the Answering Brief.

March 2, 2010
DATE

_____
UNITED STATES DISTRICT JUDGE